*2009 PO 0476 RBC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2009 AUG 26  A 11: 5⁴ |
| | ) | **Central Violations Bureau** |
| v. | ) | **Violation No. 1167500** |
| | ) | U.S. ____ ___RT |
| ANDREW M. SULLIVAN | ) | DISTRICT OF MASS. |

## DISMISSAL OF ~~COMPLAINT~~

*VIOLATION   NOTICE*

Pursuant to FRCP 48(a), the Acting United States Attorney for the District of Massachusetts, Michael K. Loucks, hereby dismisses the above-numbered violation, which was issued on July 13, 2009 and which charges the defendant Andrew M. Sullivan with possession of a controlled substance (marijuana) on federal property, in violation of 36 C.F.R. § 2.35(b)(2). In support of this dismissal, the government states that further prosecution of the violation would not  be in the interests of justice.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

By:

JAMES F. LANG
Acting Deputy Chief, Criminal Division

Leave to File Granted:

Robert B. Collings
United States Magistrate Judge

SEP 1 0 2009